# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140354

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RODRIGUEZ FRITS WHORTON,
      Defendant-Appellant.

SC: 140354
COA: 294629
Oakland CC: 2005-205410-FC

_____/

      On order of the Court, the application for leave to appeal the December 3, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

Clerk

s0719